UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

GOVERNMENT EMPLOYEES INSURANCE     :
COMPANY AS SUBROGEE OF CHRISTOPHER  :
VIGNALI,                                     :

                                         :                24-CV-188 (JMF)
                      Plaintiff,          :
                                         :                  ORDER

        -v-                             :

                                         :
UNITED STATES OF AMERICA,         :

                      Defendant.       :

                                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 8, 2024 Order, ECF No. 14, the parties were required to file their proposed case management plan and joint letter, the contents of which are described therein, no later than the Thursday prior to the upcoming conference.  To date, the parties have not filed such documents.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 15, 2024**.  Failure to comply with that deadline may result in sanctions.

      SO ORDERED.

Dated:  April 12, 2024
       New York, New York                       JESSE M. FURMAN
                                         United States District Judge