UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY AS SUBROGEE OF CHRISTOPHER VIGNALI,<br><br>    Plaintiff,<br><br> -against-<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 24-CV-00188 (RFT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  As per my Order on April 19, 2024 (ECF 19), parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by April 25, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until **2 PM** on **April 29, 2024**.

DATED: April 26, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge