UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE
COMPANY AS SUBROGEE OF CHRISTOPHER
VIGNALI,

                Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                Defendant.

24-CV-0188 (RFT)

**DISMISSAL ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        The Court has been informed that the parties have reached a settlement in principle. (*See* ECF 21.) Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by June 14, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

DATED:  April 30, 2024
       New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge